UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| JUAN CARLOS RIVERA RODRIGUEZ (A#079-354-988),<br><br>        Petitioner,<br><br>    v.<br><br>WARDEN, CALIFORNIA CITY DETENTION FACILITY,<br><br>        Respondent. | No.  1:26-cv-01373-DC-SCR<br><br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(ECF No. 11) |

Petitioner is a federal immigration detainee who filed this habeas corpus action pursuant to 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 1, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and contained notice that any objections to the findings and recommendations were to be filed within seven days.  ECF No. 11.  Respondent filed objections to the findings and recommendations, merely objecting "[f]or the reasons set forth in Respondent's February 26, 2026 briefing."  ECF No. 12.  However, those arguments were addressed by the magistrate judge and have already been rejected by this court. *See Inderjit Singh v. Albarran*, No. 1:26-cv-00940-DC-DMC, 2026 WL 392169 (E.D. Cal. Feb. 12, 2026). Thus, Respondent's objections do not provide a basis upon which to reject the findings and

1

recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 11) are ADOPTED;

2. Petitioner's application for a writ of habeas corpus (ECF No. 1) is GRANTED;

3. Respondent is ordered to provide petitioner (A-079-354-988) with a bond hearing before an immigration judge at which the government shall bear the burden of justifying petitioner's continued detention by clear and convincing evidence, within fourteen (14) days from the date of entry of this order;

4. Respondent is further directed to file a notice certifying compliance with the above provision within seven (7) days from the date of the bond hearing;

5. If petitioner is granted release on bond, respondent shall return all of petitioner's documents and possessions at the time of release;

6. This order does not address the circumstances in which respondent may detain petitioner in the event petitioner becomes subject to an executable final order of removal and petitioner receives notice of that final order of removal; and

7. The Clerk of the Court is directed to enter judgment in petitioner's favor and close this case.

IT IS SO ORDERED.

Dated:   **June 12, 2026**

Dena Coggins
United States District Judge

2